IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERWIN REDDING, | : | Civil No. 3:15-cv-1047 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| R. BILINSKI, | : | |
| Defendant | : | |

FILED
SCRANTON
JUN 2 2 2017
PER _____
DEPUTY CLERK

**ORDER**

**AND NOW**, this 22nd day of June, 2017, for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's motion (Doc. 18) for summary judgment is **GRANTED**. Judgment shall be **ENTERED** in favor of Defendant Robert Bilinski and against Plaintiff.

2. The Clerk of Court is directed to **CLOSE** this action.

3. Any appeal from this order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge